UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ELLIS JONES, JR.,

        Plaintiff,        Case No. 1:14-cv-19

v.        Honorable Paul L. Maloney

ROBERT BOEKOEL et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's state-law claims will be dismissed without prejudice.

Dated:   March 5, 2014                    /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge